UNITED STATES DISTRICT COURT
NORTHEN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:24-CR-105 |
| | ) | |
| BETHANY A. CATALDI, | ) | |
|     Defendant. | ) | |

**<u>UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING</u>**

COMES NOW, Defendant, BETHANY A. CATALDI, by her counsel, who hereby moves the Court for entry of an order continuing the Sentencing Hearing scheduled for October 30, 2025 for a period of at least 30 days. In support of said Motion, the Defendant shows the following:

1. The Government, as communicated by Assistant United States Attorney Francis Sohn, has no objection to the relief sought in this Motion.

2. On July 24, 2025, Defendant pled guilty to Count One of the Indictment charging her with health care fraud, in violation of Title 18, United States Code, Section 1347. The Court scheduled the Sentencing Hearing for October 30, 2025.

3. Defendant has retained the services of sentencing mitigation consultant Tess Lopez to assist with all aspects of preparation for the Sentencing Hearing. Additional time is needed for Ms. Lopez to familiarize herself with the case, meet with the Defendant, obtain records, interview

witnesses and otherwise complete her work. Because of deadlines for clients in other districts, Ms. Lopez cannot complete her work for the Defendant within the current timeframe before the Sentencing Hearing.

4. This is the first continuance requested by Defendant. This request is made in good faith and not for the purpose of any delay.

WHEREFORE, for the reasons set forth above, Defendant respectfully moves for entry of an order continuing the Sentencing Hearing scheduled for October 30, 2025 for a period of at least 30 days .

Dated: August 28, 2025

>Respectfully submitted,
>
>CHAPMAN LAW GROUP
>
>/s/ *Jonathan Meltz*
>Jonathan Meltz
>FL Bar No.: 096504
>701 Waterford Way, Suite 340
>Miami, FL 33126
>Jmeltz@chapmanlawgroup.com
>Telephone: (305) 712-7177
>Counsel for Defendant Bethany Cataldi